No. 677. FRASER *v.* UNITED STATES. February 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wils Davis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark* and *Mr. Robert S. Erdahl* for the United States.

No. 654. McMULLEN *v.* SQUIER, WARDEN. February 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Thomas McMullen, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *William Strong* for respondent.

No. 774. FITZPATRICK *v.* NIERSTHEIMER, WARDEN;
No. 800. HESLEY *v.* RAGEN, WARDEN;
No. 834. HAINES *v.* NIERSTHEIMER, WARDEN; and
No. 871. WESCOTT *v.* RAGEN, WARDEN. February 5, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 836. BARTELL *v.* ILLINOIS;
No. 839. WHITED *v.* ILLINOIS; and
No. 843. MILLMAN *v.* RAGEN, WARDEN. February 5, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. Reported below: No. 836, 386 Ill. 483, 54 N. E. 2d 700.